IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LOUIS A. BARRERA, | § | |
| | § | |
| Plaintiff, | § | Civil Action |
| | § | No. C-07-254 |
| v. | § | |
| | § | |
| PFIZER, INC., et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

On this day came on to be considered Defendant Pfizer Inc.'s ("Pfizer") motion to stay the above-styled action pending transfer of this case to MDL 1699 (D.E. 6), and Plaintiff Louis A. Barrera's motion to remand this case to state court (D.E. 7).

The Court hereby DENIES Plaintiffs' motion to remand (D.E. 7) and GRANTS Pfizer's motion to stay (D.E. 6).  This case is, therefore, STAYED pending a decision by the Judicial Panel on Multidistrict Litigation on transfer of the above-styled action to MDL 1699, <u>In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation</u>.

SIGNED and ENTERED this 5th day of July, 2007.

_____
Janis Graham Jack
United States District Judge